UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE VITALICH,

    Plaintiff,

  v.

,

    Defendant.

Case Nos. 25-cv-00017-PCP, 25-cv-00018-PCP, 25-cv-00020-PCP, 25-cv-00021-PCP

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

Petitioner John Jefferson Vitalich appeals four orders of the Bankruptcy Court. He filed his appeals on January 02, 2025. On March 7, 2025 the Bankruptcy Court issued an order stating that Mr. Vitalich had failed to perfect his appeals within the required time limit and holding that he is not authorized to perfect his appeals. The appeal pending before this Court therefore appears improper. Mr. Vitalich is ordered file a written response by **April 3, 2025** stating why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: March 24, 2025

P. Casey Pitts
United States District Judge